Kurt M. HOWARD,
Petitioner/Respondent,

v.

Janice Marie HOWARD,
Respondent/Appellant.

No. 64558.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 16, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 19, 1994.

Lawrence G. Gillespie, Julie K. Morian, Eisen, Gillespie & Hilton, Webster Groves, for appellant.

Jill A. Silverstein, Merle L. Silverstein, Rosenblum, Goldenhersh, Silverstein & Zafft, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Former wife appeals the denial of her motion to modify the maintenance provisions of a decree of dissolution. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).